UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Thomas J. Jeffreys, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv460 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Teamsters Local Union No. 1150, | : | |
| | : | |
| Defendant. | : | |

## ORDER ON PENDING MOTIONS

1. Defendant's Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss [doc. #17] is GRANTED.

2. Plaintiff's Motion for Sanctions [doc. #18] is DENIED without prejudice to renewal if necessary following ruling on Motion to Dismiss.

3. Plaintiff is ordered to file a response to Defendant's Motion to Dismiss [doc. #8] no later than **November 12, 2003**.

**Plaintiff is hereby cautioned that if the Court does not receive a response to the Motion to Dismiss by November 12, 2003, the Court will dismiss the case pursuant to Local Rule 7(a)1.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: October 28, 2003