UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS J. JEFFREYS

   -vs-                                       Civil No. 3:03CV460 (MRK)

TEAMSTERS LOCAL
UNION NO. 1150

## JUDGMENT

This action came on for consideration on defendant's Motion to Dismiss before the Honorable Mark R. Kravitz, United States District Judge. On March 25, 2004, a Ruling and Order entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the complaint is dismissed.

Dated at New Haven, Connecticut, this 2nd of April, 2004.

                                          KEVIN F. ROWE, CLERK

                                        By  /s/ Kenneth R. Ghilardi
                                              Kenneth R. Ghilardi
                                              Deputy Clerk

EOD: _____