DISTRICT OF CONNECTICUT

THOMAS J. JEFFREYS                    :
PLAINTIFF                             :
                                      :   CIVIL ACTION NO.
VS                                    :
                                      :   3:03 V 460 (MRK)
                                      :
TEAMSTERS LOCAL UNION NO. 1150        :
DEFENDANT                             :   MARCH 30, 2004

## MOTION OF OBJECTION

1) PLAINTIFF FILES THIS MOTION OF OBJECTION, IN RESPONSE TO JUDGE MARK R KRAVITZ RULING GRANTING DEFENDANTS MOTION TO DISMISS. ORDER MARCH 25, 2004.

2) PLAINTIFF WOULD ARGUE THAT THIS COURTS RULING OF DISMISSAL ON THE GROUNDS OF RES JUDICATA WAS EN ERROR. PLAINTIFF'S ARGUMENTS ARE AS FOLLOWS:

   A) ON MARCH 3, 2003 THIS COMPLAINT WAS FILED UNDER JURISDICTION'S U.S.C.A. §1332 DIVERSITY JURISDICTION. STATING BREACH OF CONTRACT, BREACH OF LABOR STANDARDS, BREACH OF PRIVACY, AND CONFIDENTIALLY.

   B) UNDER CLAIM I, PLAINTIFF STATED REMOVAL OF SAID DOCUMENTS B THE OFFICERS OF LOCAL 1150, WAS IN VIOLATION OF CONTRACT BETWEEN INTERNATIONAL OF TEAMSTERS REPRESENTED BY LOCAL UNION 1150 AN PLAINTIFF (JEFFREYS)

C) PLAINTIFF STATES THAT ARGUMENTS FOUND IN COMPLAINT, MOTION OF OBJECTION - NOVEMBER 4, 2003, AND MOTION OF OBJECTION - JUNE 23, 2003. PLAINTIFF WAS SETTING UP THE GROUND WORK. THE FACT PLAINTIFF WAS CLEAR ON MISSING DOCUMENTS. THAT THE DEFENDANT HAD ALREADY FRAUD THE OTHER JUDGES. THAT PLAINTIFF NEVER GAVE UP ON TRYING TO GET DEFENDANT TO STATE OPENLY THAT THE DOCUMENTS WERE REMOVED OR MISSING. IT WAS NOT UNTIL THIS OF CIVIL SUIT WAS FILED, THAT THE DEFENDANT DID NOT PROVIDE MISSING DOCUMENTS. THUS IN VIOLATION OF OUR CONTRACT AGREEMENT PER TEAMSTERS INTERNATIONAL RULE ART VI SEC. 5(c) - PAG. 33+34, ART XII SECTION 1(a) PAGE 73, ART XIX SEC. 8-9 - PAGE 125, AND ART XXII SECTION 1 - PAGE 132, WHICH CLEARLY SHOW OFFICERS ARE SWORN TO UPHOLD THE COLLECTIVE BARGAINING AGREEMENT, AND THE CONSTITUTION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS.

D) CASE NUMBER 3:97-1538 (AHN) WAS ABOUT A.D.A. COMPLAINT. THIS CIVIL MATTER IS BREACH OF CONTRACT AND NOW PLAINTIFF FINES DEFENDANT IS ALSO IN VIOLATION OF THE "TAFT HARTLEY ACT OF 1947" UN DISCLOSURE. IF PLAINTIFF HAS MISLEAD THIS COURT WITH PLAINTIFF INTENT, THE COMPLAINT INTENT IS CLEARLY STATED ON PAGE 2 OF COMPLAINT; BREACH OF CONTRACT, BREACH OF LABOR STANDARDS, BREACH OF PRIVACY, AND CONFIDENTIALLY. PLAINTIFF WOULD NOT ARGUE BREACH OF CONTRACT - JURISDICTION §1332 DIVERSITY BECAUSE BOTH ATTORNEYS FOR DEFENDANT WOULD NOT OMIT SAID DOCUMENTS WERE MISSING OR REMOVED IN VIOLATION OF "OUR" CONTRACT AGREEMEN

E) PLAINTIFF HAS PAID MONTLY DUES TO THE DEFENDANT IN RETURN FOR DEFENDANT WAS TO UPHOLD ITS CONTRACT RESPONSIBILITIES, DEFENDANT HAS FAILED BY "THEIR ANSWERS TO ADMISSIONS", ALSO EVIDENCE PROVIDED TO THIS COURT TEAMSTERS COLLECTIVE BARGAINING AGREEMENT, TEAMSTERS CONSTITUTION JUNE 14-17-1976.

F) UNDER THE TAFT HARTLEY ACT OF 1947, DEFENDANT WOULD HAVE NEEDED PLAINTIFF'S WRITTEN PERMISSION TO DISCLOSE OR REMOVED MEDICAL DOCUMENTS. ALSO THEY WERE PROPERTY OF THE INTERNATIONAL OF TEAMSTERS. POSSIBLE CRIMINAL CHARGES AVAILABLE.

3) PLAINTIFF ENCLOSING IF DEFENDANT WOULD HAVE STATED AFTER COURT SECOND REQUEST FOR DOCUMENTS WERE MISSING OR REMOVED. PLAINTIFF WOULD HAVE TRIED TO AMEND THAT CIVIL SUIT. THE QUESTION RESPECTFULLY THAT THIS COURT SHOULD BE ASKING THE DEFENDANT AFTER JUDGE FITZSIMMONS SECOND REQUEST BEFORE APPEAL DID YOU STATE YOU FOUND OR MISSING DOCUMENTS STILL MISSING? THIS IS A CLEAR VIOLATION OF CONTRACT WHICH DEFENDANT COLLECTED MONEY FROM PLAINTIFF, DEFENDANT SHOULD HAVE BEEN HONEST WITH PLAINTIFF AND THE COURT. RESPECTFULLY IN THE NAME OF JUSTICE ASK THIS COURT TO CHANGE FINDINGS OF MARCH 25, 2004, TO DENIED DEFENDANTS MOTION TO DISMISS.

RESPECTFULLY PLAINTIFF PRO-SE

*Mr. Thomas J. Jeffreys*

MR. THOMAS J. JEFFREYS
339 COOKE STREET
WATERBURY, CT. 06710
TELE: (203) 597-9755
MARCH 30, 2004

3,

CERTIFICATE OF SERVICE

I, THOMAS J. JEFFREYS PLAINTIFF, HEREBY CERTIFY THAT A COPY OF THE FOREGOING, MOTION OF OBJECTION, WAS SERVED BY PRE-PAID, FIRST-CLASS MAIL ON MARCH 30, 2004 TO THE FOLLOWING DEFENDANT

JOHN T. RUSSELL
ATTORNEY AT LAW
COMMERCE CENTER ONE
333 EAST RIVER DRIVE, SUITE 101
EAST HARTFORD, CT. 06108

PLAINTIFF - PRO-SE
*Mr. Thomas J. Jeffreys*
MR. THOMAS J. JEFFREYS
339 COOKE STREET
WATERBURY, CT. 06710
TELE: (203) 597-9755
MARCH 30, 2004

4