UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS J. JEFFREYS | : |
| PLAINTIFF | : |
| | : CIVIL ACTION NO: |
| VS | : |
| | : 3:03 CV 460 (MRK) |
| TEAMSTERS LOCAL UNION NO: 1150 | : |
| DEFENDANT | : MARCH 30, 2004 |

## MOTION TO AMEND PLEADINGS

1) PLAINTIFF BRINGS THIS <u>MOTION TO AMEND PLEADINGS</u>, PER FEDERAL RULES OF CIVIL PROCEEDURE RULE 15, 15(a), 15(b), AND 15(c).

2) PLAINTIFF WILL STATE ON THE RECORD THAT PLAINTIFF HAD PROVIDE A CLEAR AND CONCISE STATEMENT OF THE FACTS UPON WHICH PLAINTIFFS COMPLAINT IS BASED. PLAINTIFFS ARGUMENT IS BREACH OF CONTRACT. ALSO RESPECTFULLY PLAINTIFF SHOULD HAVE INCLUDED <u>TWO</u> OTHER <u>STATUTES</u> OF VIOLATION FOR THE NATURE OF THIS SUIT

3) PLAINTIFF STATES ON THE <u>CIVIL COVER SHEET</u> UNDER NATURE OF SUIT PLAINTIFF HAD PLACED AN "X" NEXT TO <u>190</u> OTHER CONTRACT, LABOR <u>710</u> FAIR LABOR STANDARD AND OTHER STATUTES <u>890</u> OTHER STATUTORY ACTIONS,

4) PLAINTIFF RESPECTFULLY STATE PLAINTIFF NOT BEING ATTORNEY SHOULD HAVE INCLUDED IN COMPLAINT UNDER JURISDICTION DIVERSITY SHOULD HAVE ADDED STATUTE - TAFT HARTLEY ACT OF 1947, AND LABOR MANAGEMENT REPORTING AND DIS CLOSURE ACT (LMRDA), 29 U.S.C. §436. BOTH STATUTES STATE THAT UNIONS ARE

1

REQUIRED TO MAINTAIN MEDICAL RECORDS. FACT IS UNDER TAFT HARTLEY ACT UNDER DISCLOSURE IT CLEARLY STATES MEDICAL RECORDS ARE NOT TO BE RELEASED WITHOUT WRITTEN PERMISSION FROM MEMBER. WHICH MEDICAL RECORDS SUPPLIED BY PLAINTIFF WERE REMOVED WITHOUT WRITTEN PERMISSION OF PLAINTIFF ALONG WITH OTHER DOCUMENTS, WHICH THE CONTRACT CLEARLY STATES ARE THE PROPERTY OF THE INTERNATIONAL, SHOULD NOT BE REMOVED BY ANY OFFICER FROM SAID PROPERTY.

5) PLAINTIFFS ARGUMENT AND RESPECTFULLY STATE THAT THIS AMEND PLEADING ARE RULED UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 15(b) AMENDMENTS TO CONFORM TO THE EVIDENCE ALSO, RULE 15(c) RELATION BACK OF AMENDMENTS. "AN AMENDMENT OF A PLEADING RELATES BACK TO THE DATE OF THE ORIGINAL PLEADING," WHICH IS MARCH 7, 2003, WHICH PLAINTIFF STATED IN COMPLAINT AND CIVIL COVER SHEET - BREACH OF CONTRACT, FAIR LABOR STANDARDS, PRIVA ACT, CONFIDENTIALLY, AND OTHER STATUTORY ACTIONS. THAT PLAINTIFFS ARGUMENT SUPPORT THIS AMENDMENT OF PLEADINGS, PLAINTIFF NOT BEING ATTORNEY SHOULD HAVE ALSO INVOKED THESE STATUTES IN THE ORIGINAL COMPLA

6) PLAINTIFF RESPECTFULLY STATE THAT IN FIRST CIVIL SUIT BEFORE JUDGE NEVAS THAT DEFENDANT HAD BREACH OUR CONTRACT OR VIOLATED ANY OTHER STATUTES BECAUSE DEFENDANT DID NOT FULLY COMPLY WITH REQUESTS BY THE COURT OR PLAINTIFF. RESPECTFULLY ASK THIS COURT TO GRANT THIS MOTION PE CIVIL RULES OF PROCEDURE RULE 15, 15(a), 15(b), AND 15(c).

RESPECTFULLY PLAINTIFF
Mr. Thomas J Jeffreys
339 COOKE STREET
WATERBURY, CT. 06710
TELE. (203) 597-9755

2)

CERTIFICATE OF SERVICE

I, THOMAS J. JEFFREYS PLAINTIFF, HEREBY CERTIFY THAT A COPY OF THE FOREGOING, MOTION TO AMEND PLEADINGS, WAS SERVED BY PRE-PAID, FIRST CLASS MAIL ON MARCH 30, 2004 TO THE FOLLOWING DEFENDANT:

JOHN T. FUSSELL
ATTORNEY AT LAW
COMMERCE CENTER ONE
333 EAST RIVER DRIVE, SUITE 101
EAST HARTFORD, CT. 06108

PLAINTIFF PRO-SE

*Mr. Thomas J. Jeffreys* (signature)

MR. THOMAS J. JEFFREYS
339 COOKE STREET
WATERBURY, CT. 06710
TELE: (203) 597-9755

MARCH 30, 2004

3.