UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS J. JEFFREYS
PLAINTIFF

VS

TEAMSTERS LOCAL UNION
NO. 1150
DEFENDANT

CIVIL ACTION NO.

3:03 CV 460 (MRK)

DATE: DEC. 1, 2004

## MOTION TO APPEAL

1) PLAINTIFF FILES THIS MOTION TO APPEAL, DIRECTED TO RULE 4(a)(1) OF THE FEDERAL RULES OF APPELLATE PROCEDURE.

2) PLAINTIFF STATES THAT JUDGE FILED ANSWER OF PLAINTIFFS MOTION FOR RELIEF FROM JUDGMENT ON NOVEMBER 5, 2004. THAT PLAINTIFF UNDER RULE 4(a)(1) OF THE FEDERAL RULES OF APPELLATE PROCEDURE HAS 30 DAYS TO FILE APPEAL, MAKING DATE TO FILE APPEAL DECEMBER 5, 2004. PLAINTIFF IS WELL WITHIN THIS TIME FRAME.

RESPECTFULLY,

PLAINTIFF PRO-SE

Mr. Thomas J. Jeffreys

MR. THOMAS J. JEFFREYS
339 LOOMIS STREET
WATERBURY, CT. 06710
TELE: (203)597-9755

1

## CERTIFICATE OF SERVICE

I, THOMAS J. JEFFREYS PLAINTIFF, HEREBY CERTIFY THAT A COPY OF THE FOREGOING, <u>MOTION FOR APPEAL</u>, WAS SERVED BY PRE-PAID, FIRST-CLASS MAIL ON DECEMBER 1, 2004 TO THE FOLLOWING DEFENDANT:

JOHN T. FUSSELL
ATTORNEY AT LAW
COMMERCE CENTER ONE
333 EAST RIVER DRIVE, SUITE 101
EAST HARTFORD, CT. 06108

                          PLAINTIFF PRO-SE
                          *Mr. Thomas J. Jeffreys*
                          MR. THOMAS J. JEFFREYS
                          339 COOKE STREET
                          WATERBURY, CT. 06710
                          TELE: (203) 597-9755
                          DEC. 1, 2004

2/