FILED

2005 JUN -5 P

U.S.

D.Conn.
03-cv-460
Kravitz, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 24th Day of June, Two thousand and five.

Present:

> Hon. Ralph K. Winter,
> Hon. Rosemary S. Pooler,
> Hon. Sonia Sotomayor,
> > *Circuit Judges.*

Thomas J. Jeffreys,

> Plaintiff-Appellant,

v.                                                                                  04-6395-cv

Teamsters Union Local 1150,

> Defendant-Appellee.

Appellant, *pro se*, has filed papers in response to this Court's order, entered February 22, 2005, directing the appellant to show cause why the appeal should not be dismissed as lacking an arguable basis in law or fact. Upon due consideration, it is ORDERED that the appeal is DISMISSED as lacking an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Pillay v. INS*, 45 F.3d 14, 16-17 (2d Cir. 1995) (per curiam) (holding that this Court has inherent authority to dismiss an appeal as frivolous when the appeal presents no arguably meritorious issue).

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: Lucille Carr

SAO CAD

— ISSUED AS MANDATE: 9-27-05 —